In the Matter of WILLIAM H. MACLEAN, an Attorney and Counselor at Law.—

Period of suspension terminated, and the said attorney reinstated to all the rights of a practicing attorney. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.